**FILED**

DEC 2 7 2016

Clerk, U.S. District Court
District Of Montana
Billings



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-16-106-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER ALLOWING FILING OF EXHIBITS UNDER SEAL** |
| KIMBERLY JOY WASHINGTON, | |
| Defendant. | |

UPON MOTION of the Defendant and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's exhibits in support of suppression motion are filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 27th day of December, 2016.

1

SUSAN P. WATTERS
United States District Judge