**FILED**

FEB 17 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-106-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING WITHOUT PREJUDICE |
| KIMBERLY JOY WASHINGTON, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment without Prejudice (Doc. 35), and for good cause shown,

IT IS HEREBY ORDERED that the indictment in the above-entitled case is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of this Order immediately.

DATED this 17th day of February, 2017.

SUSAN P. WATTERS
United States District Judge

1